In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-068 CR


____________________



BRETT WESLEY DEERINGER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 03-04-02528 CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Brett Wesley Deeringer, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and counsel of record is aware of the motion. No opinion has issued in this
appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered October 20, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.